AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| CESAR LOPEZ, JANICE POTTER, BRYAN SMITH, KEVIN CURRY, DANIEL STONE, SABRINA DITMORE, AARON HANSON, BRANDY STEWART, and RENARDO RISPER individually and on behalf of all others similarly situated, | ) |
| *Plaintiff* | ) |
| v. | ) |
| WAKEFIELD & ASSOCIATES, LLC and REVCO SOLUTIONS, INC., | ) |
| *Defendant* | ) |

Case No. 1:25-cv-02937

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Aaron Hanson and Brandy Stewart                                              .

Date:  04/07/2026

*/s/ Sean Short*
*Attorney's signature*

Sean Short, Arkansas State Bar No.: 2015079
*Printed name and bar number*

10800 Financial Centre Parkway, Suite 510 Little Rock, Arkansas 72211
*Address*

sean@sanfordlawfirm.com
*E-mail address*

(888) 350-3931
*Telephone number*

(888) 276-3455
*FAX number*