**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| CESAR LOPEZ, JANICE POTTER, BRYAN SMITH, KEVIN CURRY, DANIEL STONE, SABRINA DITMORE, AARON HANSON, BRANDY STEWART, and RENARDO RISPER individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>WAKEFIELD & ASSOCIATES, LLC and REVCO SOLUTIONS, INC.,<br><br>         Defendants. | Civil Action No. 1:25-cv-02937-NYW |

**JOINT MOTION FOR EXTENSION OF THE PAGE LIMIT FOR DEFENDANTS'
JOINT MOTION TO DISMISS AND PLAINTIFFS' RESPONSE**

Defendants WAKEFIELD & ASSOCIATES, LLC ("Wakefield") and REVCO SOLUTIONS, INC., ("RevCo", collectively with Wakefield, "Defendants") respectfully request leave to exceed the page limit for their Joint Motion to Dismiss the Second Amended Complaint ("Joint Motion"). Defendants seek a 20-page expansion of the 15-page limit for a motion in Judge Wang's Uniform Civil Practice Standards because they plan to file a single joint motion rather than two separate motions and because of the need to address the injuries of each of the nine named plaintiffs. Plaintiffs seek a corresponding 20-page extension for their response to Defendants' Joint Motion.

**CERTIFICATE OF CONFERRAL**

Pursuant to D.COLO.LCivR 7.1(a), counsel for the parties have conferred, and both Parties consent to the relief requested in this motion.

1093161\329001531.v1

## MOTION

1.      Defendants plan to move to dismiss the Second Amended Complaint ("SAC"). Motions to dismiss are due on April 13, 2026. *See* Dkt. 43, Dkt. 44.

2.      Pursuant to the Honorable Nina Y. Wang's Uniform Civil Practice Standard 10.1(c)(1), motions shall not exceed 15 pages.

3.      Judge Wang's Uniform Civil Practice Standard 10.1(c)(5) provides, "[t]he Court will entertain motions for extensions of the page limit where appropriate and for good cause."

4.      Defendants believe that an extension of the page limit is appropriate due to the breadth of the SAC and Defendants' plan to submit a single, joint brief in support of their motion to dismiss. Defendants request leave to exceed the 15-page limitation for their motion to dismiss brief by 20 pages, for a total of 35 pages. Good cause exists under the circumstances set forth below.

5.      The SAC added a new defendant, RevCo, and Defendants plan to submit a single joint brief in support of their motion to dismiss. The joint brief will be more efficient than two separate briefs but will require more than 15 pages in the joint brief. The total pages requested, 35, are only five pages more than the 30 pages allowed for separate motions by two parties.

6.      This a putative class action where Plaintiffs are seeking certification of a nationwide class. The SAC is 73 pages long, consisting of 367 paragraphs. There are nine named plaintiffs.

7.      Defendants plan to move for dismissal under FRCP 12 (b)(1) for each of the nine named Plaintiffs and under FRCP 12 (b)(6) for each of the four counts in the SAC.

1093161\329001531.v1

8.    Defendants seek additional pages in part to adequately and fully address the arguments in support of the 12(b)(1) portion of the motion. Defendants' motion asserts that each plaintiff separately and independently fails to establish that he or she has Article III standing to sue because each plaintiff (i) fails to allege a concrete injury in fact, and (ii) fails to allege that any injury is fairly traceable to Defendants' conduct. There are nine named plaintiffs, who each allege between four and nine different purported "injuries," and the analysis requires addressing each plaintiff and each injury.

9.    Defendants believe that a joint motion will benefit the Court, but do not believe that they can sufficiently set forth their arguments and authority within the 15-page limit for a single motion set forth in this Court's Civil Practice Standards. Limiting Defendants to 15 pages would inhibit their ability to provide the Court with all of the information necessary for the Court's analysis of dismissal of each of the nine named Plaintiffs and each of the four claims. Defendants are working diligently to make efficient use of the available space, will be as succinct as possible and will not exceed 35 pages in the Joint Motion.

10.    Correspondingly, Plaintiffs request 35 pages to adequately respond to each of Defendants' arguments included in the Joint Motion.

11.    No party will be prejudiced by the requested relief.

<strong><u>CONCLUSION</u></strong>

For good cause shown, Plaintiffs and Defendants request that the Court extend the page limitation for Defendants' Joint Motion by 20 pages, such that it shall not exceed 35 pages, and extend the page limitation for Plaintiffs' response thereto by 20 pages, such that it shall not exceed 35 pages.

3

1093161\329001531.v1

Dated:   April 8, 2026

Respectfully submitted,

WAKEFIELD & ASSOCIATES, LLC,
ASSOCIATES and REVCO SOLUTIONS,
INC.

/s/ Joseph Sanders
Joseph M. Sanders
**HINSHAW & CULBERTSON LLP**
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: 312-704-3345
Email:  jmsanders@hinshawlaw.com

*Counsel for Defendants*

/s/ Jeff Ostrow
Jeff Ostrow
KOPELOWITZ OSTROW P.A.
1 W. Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
Email:  ostrow@kolawyers.com

Gary M. Klinger
MILBERG, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
Email:  gklinger@milberg.com

J. Gerard Stranch, IV
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
Email:  gstranch@stranchlaw.com

Interim Co-Lead Class Counsel

4

1093161\329001531.v1

## CERTIFICATION RE: USE OF GENERATIVE ARTIFICIAL INTELLIGENCE ("AI") FOR DRAFTING

The undersigned counsel certifies that generative artificial intelligence was not used to draft this filing.

Dated: April 8, 2026

*/s/ Joseph Sanders*

Counsel for Defendants WAKEFIELD & ASSOCIATES, LLC, ASSOCIATES and REVCO SOLUTIONS, INC.

*/s/ Jeff Ostrow*

Interim Co-Lead Class Counsel for Plaintiffs

5

1093161\329001531.v1