**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| CESAR LOPEZ, JANICE POTTER, BRYAN SMITH, KEVIN CURRY, DANIEL STONE, SABRINA DITMORE, AARON HANSON, BRANDY STEWART, and RENARDO RISPER individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAKEFIELD & ASSOCIATES, LLC and REVCO SOLUTIONS, INC.,<br><br>Defendants. | Civil Action No. 1:25-cv-02937-NYW |

**[PROPOSED] ORDER**

Based upon the Joint Motion for Extension of the Page Limit for Defendants' Joint Motion to Dismiss and Plaintiffs' Response filed by the parties in the above referenced matter [ECF ___ ], for good cause shown,

**IT IS HEREBY ORDERED:**

The page limit for Defendants' Joint Motion to Dismiss is extended to 35 pages; and The page limit for Plaintiffs' Response to Defendants Joint Motion to Dismiss is extended to 35 pages.

**IT IS SO ORDERED.**

DATED at Denver, Colorado, this ___ day of April, 2026.

BY THE COURT

_____
Timothy P. O'Hara
United States Magistrate Judge

1093161\329000884.v1