**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| CESAR LOPEZ, JANICE POTTER, BRYAN SMITH, KEVIN CURRY, DANIEL STONE, SABRINA DITMORE, AARON HANSON, BRANDY STEWART, and RENARDO RISPER individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>WAKEFIELD & ASSOCIATES, LLC and REVCO SOLUTIONS, INC.,<br><br>      Defendants. | Civil Action No. 1:25-cv-02937-NYW |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I

appear in this case as counsel for REVCO SOLUTIONS, INC.

Dated: April 10, 2026

Respectfully submitted,

REVCO SOLUTIONS, INC,
Defendant

*/s/ Peyton K. Phillips*
Peyton K. Phillips
**HINSHAW & CULBERTSON LLP**
790 N Water Street, Suite 1950
Milwaukee, Wisconsin 53202
Tel: 414-225-4830
Email: pphillips@hinshawlaw.com

2

## CERTIFICATION RE: USE OF GENERATIVE ARTIFICIAL INTELLIGENCE ("AI") FOR DRAFTING

The undersigned counsel certifies that generative artificial intelligence was not used to draft this filing.

Dated: April 10, 2026                    */s/ Peyton K. Phillips*