## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| CESAR LOPEZ, JANICE POTTER, BRYAN SMITH, KEVIN CURRY, DANIEL STONE, SABRINA DITMORE, AARON HANSON, BRANDY STEWART, and RENARDO RISPER, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WAKEFIELD & ASSOCIATES, LLC and REVCO SOLUTIONS, INC.,<br><br>    Defendants. | **Case No.: 1:25-cv-02937-NYW**<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL OF SABRINA DITMORE WITHOUT

## PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sabrina Ditmore, individually, hereby gives notice of the voluntary dismissal of this action **without prejudice**, with each party to bear its own costs and attorneys' fees.

Dated: May 1, 2026

Respectfully submitted,

*/s/ Grayson Wells*_____
J. Gerard Stranch, IV
Grayson Wells
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

1

Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
1 W. Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
(954) 525-4100
ostrow@kolawyers.com

Gary M. Klinger
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
(866) 252-0878
gklinger@milberg.com

*Interim Co-Lead Class Counsel*

Raina Borrelli
**STRAUSS BORELLI PLLC**
One Magnificent Mile
980 N Michigan Ave, Suite 1610
Chicago, IL 60611
(872) 263-1100
raina@straussborrelli.com

Sabita J. Soneji
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
(510) 254-6808
ssoneji@tzlegal.com

Gary E. Mason
Danielle L. Perry
Lisa A. White
**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
(202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

2

Sean Short
Arkansas Bar No. 2015079
**EKSM, LLP**
4200 Montrose Blvd., Suite 200
Houston, TX 77006
(888) 350-3931
sshort@eksm.com
service only: service@eksm.com

Casondra R. Turner
**MILBERG, PLLC**
260 Peachtree Street NW, Suite 2200
Atlanta, GA 30303
 (866) 252-0878
cturner@milberg.com

Gary F. Lynch*
1133 Penn Ave, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
gary@lcllp.com

Gerald D. Wells, III*
**LYNCH CARPENTER, LLP**
1760 Market Street, Suite 600
Philadelphia, PA 19103
(267) 609-6910
jerry@lcllp.com

***Additional Plaintiffs' Counsel***

*\*Application for admission forthcoming*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney of record hereby certifies that the foregoing document

filed through the ECF system will be sent electronically to the registered participants as

identified on the Notice of Electronic Filing (NEF).


Dated: May 1, 2026                     */s/ Grayson Wells* _____
                                       Grayson Wells