**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| CESAR LOPEZ, JANICE POTTER, BRYAN SMITH, KEVIN CURRY, DANIEL STONE, SABRINA DITMORE, AARON HANSON, BRANDY STEWART, and RENARDO RISPER individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>WAKEFIELD & ASSOCIATES, LLC and REVCO SOLUTIONS, INC.,<br><br>        Defendants. | **Case No.: 1:25-cv-02937-NYW** |

## [PROPOSED] ORDER OF VOLUNTARY DISMISSAL FOR SABRINA DITMORE

It appears to the Court, as evidenced by the Notice of Voluntary Dismissal Without Prejudice filed by Plaintiff Sabrina Ditmore, that this case and the claims against Defendants Wakefield & Associates, LLC and Revco Solutions, Inc.

This Court hereby dismisses without prejudice Plaintiff's claims in the above-styled matter, both individually and as a putative class member of this suit.

It further is **ORDERED** that each party will bear its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2026.

_____

**Nina Y. Wang**
**United States District Court Judge**

1