**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02937-NYW-TPO

CESAR LOPEZ, JANICE POTTER, BRYAN
SMITH, KEVIN CURRY, DANIEL STONE,
AARON HANSON, BRANDY STEWART, and
RENARDO RISPER, individually and on
behalf of all others similarly situated,

      Plaintiffs,

v.

WAKEFIELD & ASSOCIATES, LLC and
REVCO SOLUTIONS, INC.,

      Defendants.

---

**ELECTION CONCERNING CONSENT/NON-CONSENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**

---

Under 28 U.S.C. § 636(c) and

(1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to
Magistrate Judges);

or

(2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a
Magistrate Judge);

or

(3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

_____ all parties in this civil action CONSENT to have a United States
magistrate judge conduct all proceedings in this civil action, including trial, and to order
the entry of a final judgment;

Effective December 1, 2015

**OR**

      **X**       at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

By: */s/ Steven Sukert*
Jeff Ostrow
Steven Sukert
**KOPELOWITZ OSTROW P.A.**
1 W. Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
ostrow@kolawyers.com
sukert@kolawyers.com

Gary M. Klinger
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

J. Gerard Stranch, IV
Grayson Wells
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Interim Co-Lead Class Counsel for Plaintiffs*

By:  */s/ Joseph M. Sanders*
Joseph M. Sanders
**HINSHAW & CULBERTSON LLP**
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: 312-704-3345
Email: jmsanders@hinshawlaw.com

By:  */s/ Peyton K. Phillips*
Peyton K. Phillips
**HINSHAW & CULBERTSON LLP**
790 N Water Street, Suite 1950
Milwaukee, Wisconsin 53202
Tel: 414-225-4830
Email: pphillips@hinshawlaw.com

*Counsel for Wakefield & Associates, LLC
and Revco Solutions, Inc., Defendants*

**NOTE:**    You are directed to confer with all parties in this action and execute and file with the Court this Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of (1) no later than seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an

Effective December 1, 2015

answer, to the operative complaint. All parties must either consent to the exercise of magistrate judge jurisdiction, or any party may decline to consent. In either event, **filing of the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction is mandatory**, indicating either the unanimous consent of the parties or that at least one party has declined to consent.

## Certification Re: Use of Generative Artificial Intelligence ("AI") for Drafting

The undersigned counsel certifies that generative artificial intelligence was not used to draft this filing.

*/s/ Joseph Sanders*
Joseph Sanders

*/s/ Peyton Phillips*
Peyton Phillips

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that counsel for all parties have conferred in good faith regarding the issues addressed in this motion.

*/s/ Joseph Sanders*

Effective December 1, 2015