IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02937-NYW-TPO

CESAR LOPEZ;
JANICE POTTER;
BRYAN SMITH;
KEVIN CURRY;
DANIEL STONE;
AARON HANSON;
BRANDY STEWART; and
RONALDO RISPER,
Individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

WAKEFIELD & ASSOCIATES, LLC,

      Defendant.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 26, 2026**

The Parties' email request to appear remotely for the Status Conference set for June 30, 2026, is **granted**. To connect to the Courtroom remotely, Counsels shall refer to the attached video conference instructions.

# Cisco Meeting App Instructions

# Judge Timothy P. O'Hara

- For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join.  **IMPORTANT:  Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting:**

  https://meet.uc.uscourts.gov/meeting/132776284?secret=zBLYIdFg6VOwZOeT6yeqNw

  **Note:  Use the default of "Continue with browser" to join the meeting.**

- For VTC/SIP Systems:

  2221100@uc.uscourts.gov  Meeting ID- 132776284#

- For Audio Only:

  - Phone: 571-353-2301, then enter 132776284#

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**

  **Family Member/Public/Media "listen" to hearing:**

  571-353-2301
  Access Code: 061746309#