**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| CESAR LOPEZ, JANICE POTTER, BRYAN SMITH, KEVIN CURRY, DANIEL STONE, AARON HANSON, BRANDY STEWART, and RENARDO RISPER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAKEFIELD & ASSOCIATES, LLC and REVCO SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 1:25-cv-02937-CYC |

## JOINT MOTION TO STAY CASE PENDING MEDIATION

Plaintiffs Cesar Lopez, Janice Potter, Bryan Smith, Kevin Curry, Daniel Stone, Aaron Hanson, Brandy Stewart, and Renardo Risper ("Plaintiffs") and Defendants Wakefield & Associates, LLC and Revco Solutions, Inc. ("Defendants," jointly with Plaintiffs, the "Parties"), by and through undersigned counsel, jointly move this Court to stay all deadlines in this case pending a private mediation. In support, the Parties state as follows:

1.      On November 24, 2025, the Court entered an order consolidating several related actions and appointing interim co-lead counsel for Plaintiffs and the Class. (Doc. 13).

2.      On March 10, 2026, based on a stipulation jointly filed by the Parties (Doc. 41), the Court granted Plaintiffs' motion leave to file a Second Amended Consolidated Class Action Complaint (Doc. 29), granted Defendants motion to stay discovery (Doc. 23) and set an in-person status conference for June 30, 2026. (Doc. 43).

3.      On March 13, 2026, Plaintiffs filed the operative Second Amended Consolidated Class Action Complaint ("Complaint") against Defendants based on a data breach of Defendants'

computer network that occurred on or before January 17, 2025. (Doc. 44 ¶ 36).

4. On April 13, 2026, Defendants filed a Motion to Dismiss the Complaint. (Doc. 50). Plaintiffs filed their opposition brief on May 4, 2026, and Defendants filed their reply brief on May 18, 2026. (Docs. 52 and 56).

5. Counsel for the Parties have also been discussing potential resolution of this action, have agreed to private mediation and have agreed upon a mediator, Aaron Weiss of Carlton Fields.[1] The parties are currently scheduling with Mr. Weiss and aim to hold the mediation within the next 90 days. Mr. Weiss has dates available within the next 90 days.

6. As such, the Parties request a stay of all deadlines in this case for 90 days to allow the Parties to mediate this action. Discovery in the matter has already been stayed pending Defendants' Motion to Dismiss (Doc. 43).

7. A stay of all deadlines will avoid burdening the Parties with the costs of litigating while they pursue mediation, thereby conserving the Parties' resources while they attempt an amicable resolution of this matter. A stay also preserves the Court's resources, thereby promoting judicial economy and efficiency.

8. A stay has no impact on nonparties and is in the public interest.

9. This request is made in good faith for purposes of settlement and mediation, is not intended to unnecessarily delay the proceedings, and the requested relief will not prejudice any party.

10. With Court approval, the Parties will file a joint status report on the outcome of the mediation within 90 days after the Court enters a stay.

WHEREFORE, the Parties respectfully request that this Honorable Court stay all

---

[1] https://www.carltonfields.com/team/w/aaron-s-weiss

deadlines in this case for 90 days so that the Parties can mediate this action. A proposed order is

attached hereto for the Court's consideration.


Dated: June 29, 2026                          Respectfully submitted,

                                              */s/ Jeff Ostrow*
                                              Jeff Ostrow
                                              **KOPELOWITZ OSTROW P.A.**
                                              1 W. Las Olas Blvd., Suite 500
                                              Fort Lauderdale, FL 33301
                                              Tel: (954) 525-4100
                                              ostrow@kolawyers.com

                                              Gary M. Klinger
                                              **MILBERG, PLLC**
                                              227 W. Monroe Street, Suite 2100
                                              Chicago, IL 60606
                                              Tel: (866) 252-0878
                                              gklinger@milberg.com

                                              J. Gerard Stranch, IV
                                              Grayson Wells
                                              **STRANCH, JENNINGS & GARVEY, PLLC**
                                              The Freedom Center
                                              223 Rosa L. Parks Avenue, Suite 200
                                              Nashville, TN 37203
                                              Tel: (615) 254-8801
                                              gstranch@stranchlaw.com
                                              gwells@stranchlaw.com

                                              *Interim Co-Lead Counsel for Plaintiffs and the
                                              Putative Class*

                                              */s/ Joseph M. Sanders*
                                              Joseph M. Sanders
                                              **HINSHAW & CULBERTSON LLP**
                                              151 North Franklin Street, Suite 2500
                                              Chicago, Illinois 60606
                                              Tel: 312-704-3000
                                              jmsanders@hinshawlaw.com

                                              *Counsel for Defendants*

**D.Colo. L.Civ.R. 7.1(a) CERTIFICATE OF CONFERRAL**

The undersigned counsel certifies that he conferred with counsel for Defendant by email before filing this motion, and counsel for Defendant joins in this motion.

Dated: June 29, 2026                          */s/ Jeff Ostrow*
                                              Jeff Ostrow

**ARTIFICIAL INTELLIGENCE CERTIFICATION**

The undersigned counsel certifies that generative artificial intelligence was not used to draft this filing.

Dated: June 29, 2026                          */s/ Jeff Ostrow*
                                              Jeff Ostrow

**CERTIFICATE OF SERVICE**

The undersigned attorney of record hereby certifies that the foregoing document and all attachments filed through the CM/ECF system on June 29, 2026 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 29, 2026                          */s/ Jeff Ostrow*
                                              Jeff Ostrow