**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| CESAR LOPEZ, JANICE POTTER, BRYAN SMITH, KEVIN CURRY, DANIEL STONE, AARON HANSON, BRANDY STEWART, and RENARDO RISPER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WAKEFIELD & ASSOCIATES, LLC and REVCO SOLUTIONS, INC., <br><br> Defendants. | Case No.: 1:25-cv-02937-CYC |

### [PROPOSED] ORDER STAYING CASE

Before the Court is a Joint Motion to Stay Case Pending Mediation. For the reasons stated therein, noting that the Motion is unopposed and good cause appearing therefore, the Motion is **GRANTED**.

The Court hereby STAYS all deadlines in this case, including discovery deadlines. The Parties shall file a status report on the outcome of the mediation within 90 days of entry of this Order.

SO ORDERED this _____ day of _____, 2026.

_____
HON. TIMOTHY P. O'HARA
U.S. MAGISTRATE JUDGE

1093161\330635617.v1