**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| CESAR LOPEZ, JANICE POTTER, BRYAN SMITH, KEVIN CURRY, DANIEL STONE, AARON HANSON, BRANDY STEWART, and RENARDO RISPER individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAKEFIELD & ASSOCIATES, LLC and REVCO SOLUTIONS, INC.,<br><br>Defendants. | Civil Action No. 1:25-cv-02937-NYW |

**JOINT STATUS REPORT REGARDING MEDIATION AND SETTLEMENT**

Pursuant to the Court's June 30, 2026 Minute Order (ECF 61), Plaintiffs Cesar Lopez, Janice Potter, Bryan Smith, Kevin Curry, Daniel Stone, Aaron Hanson, Brandy Stewart, and Renardo Risper ("Plaintiffs") and Defendants Wakefield & Associates, LLC and Revco Solutions, Inc. ("Defendants," jointly with Plaintiffs, the "Parties"), by and through undersigned counsel, hereby submit to the Court a joint status report regarding their mediation and settlement efforts.

On August 26, 2026, the Parties attended an in-person mediation with Aaron Weiss of Carlton Fields, a well-respected mediator with experience in data breach class action mediation. While the Parties did not reach a settlement in principle during the mediation session, they continue to communicate through the mediator attempting to reach a settlement in principle.

As such, the Parties respectfully request that this action remain stayed for ten (10) days, until September 10, 2026, to allow the Parties to continue negotiating in an attempt to reach a settlement in principle.

Dated: August 31, 2026

Respectfully submitted,

*/s/ Gary M. Klinger*

Gary M. Klinger
MILBERG, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

Jeff Ostrow
KOPELOWITZ OSTROW P.A.
1 W. Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
ostrow@kolawyers.com

J. Gerard Stranch, IV
Grayson Wells
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

Interim Co-Lead Counsel for Plaintiffs and the Putative Class

*/s/ Joseph Sanders*

Joseph M. Sanders
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: 312-704-3000345
jmsanders@hinshawlaw.com

Counsel for Defendants

**Certification Re: Use of Generative Artificial Intelligence (“AI”) for Drafting**

The undersigned counsel certifies that generative artificial intelligence was not used to draft this filing.

Dated: August 31, 2026 *\/s/ Joseph Sanders*