**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| CESAR LOPEZ, JANICE POTTER, BRYAN SMITH, KEVIN CURRY, DANIEL STONE, AARON HANSON, BRANDY STEWART, and RENARDO RISPER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAKEFIELD & ASSOCIATES, LLC and REVCO SOLUTIONS, INC.,<br><br>Defendants. | Civil Action No. 1:25-cv-02937-NYW-TPO |

**ENTRY OF APPEARANCE**

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for WAKEFIELD & ASSOCIATES, LLC and REVCO SOLUTIONS, INC.

Dated: November 24, 2026

Respectfully submitted,

WAKEFIELD & ASSOCIATES, LLC and REVCO SOLUTIONS, INC, Defendants

*/s/ Hannah Brown Goehring*

Hannah Brown Goehring
**GORDON REES SCULLY MANSUKHANI, LLP**
555 Seventeenth Street, Suite 3400
Denver CO 80202
Tel: 303.200.6874
Email: hbrown@grsm.com

**Certification Re: Use of Generative Artificial Intelligence ("AI") for Drafting**

The undersigned counsel certifies that generative artificial intelligence was not used to draft this filing.

Dated: November 24, 2026

*/s/ Hannah Brown Goehring*
Hannah Brown Goehring

**CERTIFICATE OF SERVICE**

I certify that on November 24, 2026, a copy of the foregoing was electronically filed with the Clerk of the United States District Court which will send notification of such to all counsel of record.

*/s/ Hannah Brown Goehring*
Hannah Brown Goehring