**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| CESAR LOPEZ, JANICE POTTER, BRYAN SMITH, KEVIN CURRY, DANIEL STONE, AARON HANSON, BRANDY STEWART, and RENARDO RISPER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAKEFIELD & ASSOCIATES, LLC and REVCO SOLUTIONS, INC.,<br><br>Defendants. | Civil Action No. 1:25-cv-02937-NYW-TPO |

**MOTION TO WITHDRAW AS COUNSEL**

Joseph M. Sanders and Peyton Phillips of the law firm of Hinshaw & Culbertson, LLP hereby move to withdraw, pursuant to D.C.Colo.LAttyR 5(b), on behalf of Wakefield & Associates, LLC and Revco Solutions, Inc., ("Defendants").

Defendants are now being represented by Attorney Hannah Brown Goehring of Gordon Rees Scully Mansukhani, LLP in the above-captioned action, who has entered her appearance on behalf of Defendants. ECF 64. Defendants have been informed of this substitution of counsel. There will be no prejudice to any party or to the orderly progression of this case.

WHEREFORE, pursuant to D.C.Colo.LAttyR 5(b), Joseph M. Sanders and Peyton Phillips move the Court to find good cause for this withdrawal and to enter an Order to make it effective.

Dated: November 25, 2026

Respectfully submitted,

WAKEFIELD & ASSOCIATES, LLC and REVCO SOLUTIONS, INC, Defendants

*/s/ Joseph M. Sanders*
Joseph M. Sanders
**HINSHAW & CULBERTSON LLP**
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Tel: 312-704-3345
Email: jmsanders@hinshawlaw.com

*/s/ Peyton K. Phillips*
Peyton K. Phillips
**HINSHAW & CULBERTSON LLP**
790 N Water Street, Suite 1950
Milwaukee, Wisconsin 53202
Tel: 414-225-4830
Email: pphillips@hinshawlaw.com

**Certification Re: Use of Generative Artificial Intelligence ("AI") for Drafting**

The undersigned counsel certifies that generative artificial intelligence was not used to draft this filing.

Dated: November 25, 2026

*/s/ Joseph Sanders*
Joseph Sanders

*/s/ Peyton Phillips*
Peyton Phillips